

**RICHARDSON, PATRICK, WESTBROOK & BRICKMAN LLC**

Jena L. Borden (IL & MO only) • James C. Bradley • Michael J. Brickman • Nina Fields Britt
Elizabeth Middleton Burke • J. David Butler • Aaron R. Dias • D. Charles Dukes
Jerry Hudson Evans • H. Blair Hahn • Daniel S. Haltiwanger • Gregory A. Lofstead
Christiaan A. Marcum • Katie McElveen • Christopher J. Moore • Matthew A. Nickles
Karl E. Novak • Misty Black O'Neal • Kimberly Keevers Palmer • Charles W. Patrick, Jr.
Terry E. Richardson, Jr. • Thomas D. Rogers • A. Hoyt Rowell, III • Brady R. Thomas
T. Christopher Tuck • James L. Ward, Jr. • Edward J. Westbrook • Kenneth J. Wilson
Robert S. Wood • Of Counsel: Gordon C. Rhea (CA, DC & USVI only)

T. CHRISTOPHER TUCK
843.727.6515 Direct
843.216.6509 Fax
ctuck@rpwb.com

August 26, 2016

*Via Electronic Filing*
Honorable Brian C. Wimes
U.S. District Court
Charles Evans Whittaker Courthouse
400 East 9th Street
Kansas City, MO 64106

| Re: | Paris Limousine of Oklahoma, LLC v. Executive Coach Builders, Inc. |
|---|---|
| Case No.: | 6:16-cv-03095-BCW – Motion to Reconsider (Dkt. 37) |

Dear Judge Wimes:

Plaintiff, Paris Limousine of Oklahoma, LLC, wishes to alert Your Honor of an impending date issue that will impact the Court's consideration of Plaintiff's Motion to Reconsider (Dkt. 37) and accompanying Suggestions (Dkt. 38).

On August 12, 2016, the Court dismissed Plaintiff's action on the basis that there is no private right of action (Dkt. 35). Plaintiff filed its Motion to Reconsider one week later, on August 19, on the basis that the express lifetime warranty granted by Defendant, which had not been considered in the dismissal, provides an unqualified right to assert claims grounded in warranty so long as Plaintiff alleges that Defendant's actions will necessitate repairs to the frame or structure of the limousines.

Defendant's date to submit its opposition, as generated by ECF, is set for September 6, 2016, "unless otherwise directed by the court." Plaintiff interprets applicable rules to require the filing of an appeal without any tolling for the Motion to Reconsider. That appeal deadline would fall no later than September 12, 2016 (the next business day following the weekend deadline). As a practical matter, the Court may thus be divested of jurisdiction on the Motion to Reconsider before an Order is issued.

1037 CHUCK DAWLEY BLVD, BLDG A, MT. PLEASANT SC 29464   P.O. BOX 1007, MT. PLEASANT SC 29465   PH: 843.727.6500   FAX: 843.216.6509
Offices in Barnwell SC, Charleston SC, Providence RI, St. Croix USVI • ATTORNEYS ALSO LICENSED IN DC, FL, GA, IL, MD, MI, MO, NC, TX, US-VI & WI
WWW.RPWB.COM

Case 6:16-cv-03095-BCW  Document 39-1  Filed 08/26/16  Page 1 of 2

      Plaintiff respectfully requests that the Court consider scheduling for this issue that will allow for full consideration of the Motion to Reconsider prior to September 12, 2016.

                                  Sincerely,

                                  T. Christopher Tuck

TCT/bc

cc: All counsel of record