**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| PARIS LIMOUSINE OF OKLAHOMA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:16-cv-03095-BCW |
| v. | ) | |
| | ) | |
| EXECUTIVE COACH BUILDERS, INC., | ) | |
| | ) | **NOTICE OF APPEAL (Civil)** |
| Defendant. | ) | |
| | ) | |

Notice is hereby given that Plaintiff Paris Limousine of Oklahoma, LLC ("Plaintiff"), by and through its undersigned counsel, appeals to the United States Court of Appeals for the Eighth Circuit from the Order (Dkt. No. 35) and Judgment (Dkt. No. 36) entered in this action on August 12, 2016. Plaintiff filed a motion for reconsideration (Dkt. No. 37) that was denied on September 9, 2016 (Dkt. No. 42).

Dated: September 12, 2016                     Respectfully submitted,


                                              RICHARDSON, PATRICK,
                                              WESTBROOK & BRICKMAN, LLC

                                              /s/ T. Christopher Tuck
                                              T. Christopher Tuck (admitted *pro hac vice*)
                                              ctuck@rpwb.com
                                              A. Hoyt Rowell, III (admitted *pro hac vice*)
                                              hrowell@rpwb.com
                                              1037 Chuck Dawley Blvd., Bldg. A
                                              Mt Pleasant, SC 29464
                                              (843) 727-6500  phone
                                              (843) 216-6509  facsimile

DOUTHIT FRETS ROUSE
 GENTILE & RHODES, LLC
R. Douglas Gentile  MO Bar No.: 34792
dgentile@dfrglaw.com
Randall L. Rhodes  MO Bar No.: 43211
rrhodes@dfrglaw.com
Jeffrey D. Rowe  MO Bar No.: 59051
jrowe@dfrglaw.com
5250 W 116th Place, Suite 400
Leawood, KS  66211
(913) 387-1600  phone
(913) 928-6739  facsimile

DAVIDSON BOWIE, PLLC
John Davidson (admitted *pro hac vice*)
jdavidson@dbslawfirm.net
2506 Lakeland Dr, Suite 501
Flowood, MS  39232
(601) 932-0028  phone
(601) 932-0115  facsimile

THE WEST LAW FIRM
Terry W. West (admitted *pro hac vice*)
terry@thewestlawfirm.com
Bradley C. West (admitted *pro hac vice*)
brad@thewestlawfirm.com
124 West Highland
Shawnee, OK  74802
(405) 275-0040  phone
(405) 275-0052  facsimile


ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of September, 2016, I caused the foregoing document to be served on all parties or their counsel of record through the CM/ECF system.

/s/ *T. Christopher Tuck*
T. Christopher Tuck